IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE WASHINGTON CRUTE, III )<br>      Petitioner,      )<br>                            )<br>     v.                )<br>                            )<br>UNITED STATES OF AMERICA,)<br>      Respondent.      ) | Civil Action No. 09-0498<br>(Criminal No. 05-100) |

ORDER

AND NOW, this 22nd day of December, 2009, IT IS HEREBY ORDERED that an evidentiary hearing on petitioner's motion to vacate [Doc. No. 71] will be held before the undersigned on February 26, 2010 at 9:30 a.m. in Courtroom #3A, 3rd floor, U.S. Courthouse, 7th Avenue and Grant Street, Pittsburgh, Pennsylvania.

IT IS FURTHER ORDERED that the United States Marshal and the Superintendent of the Federal Prison Camp at Loretto, Pennsylvania, have George Washington Crute, #08415-068, present before the undersigned on that date for said evidentiary hearing and that upon completion of the same, he shall be returned to the custody of the Superintended of the Federal Prison Camp at Loretto, Pennsylvania.

BY THE COURT:

/s/ _____, J.

cc:   All Counsel of Record

      United States Marshal