IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 05-100 |
| | ) |
| GEORGE W. CRUTE | ) |

**O R D E R**

AND NOW, in Pittsburgh, Pennsylvania, this **3rd** day of **Feb**, 2010, it is hereby ORDERED that the defendant's motion for return of property (docket # 65) regarding a 1993 Black Chevrolet Suburban vehicle be, and hereby is, denied as moot since the Chevrolet Vehicle has been forfeited to the United States by Judgment and Final Order of Forfeiture dated February 22, 2008 at Civil Action Number 05-1462.

_____
United States District Judge