```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
                            )
         V.                 ) Criminal No. 05-0100
                            ) Civil Case No. 09-498
                            )
GEORGE W. CRUTE III         )
```

**ORDER OF COURT**

Upon consideration of Defendant George W. Crute III's Unopposed Motion to Continue Evidentiary Hearing, it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the evidentiary hearing, presently scheduled for Friday, February 26, 2010 at 9:30 a.m., is continued until **Friday, June 11, 2010 at 9:30 a.m.**.

Date: February 17, 2010             s/Gary L. Lancaster
                                    _____
                                    Gary L. Lancaster,
                                    Chief United States District Judge
cc:  All Counsel of Record