IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT

OF PENNSYLVANIA PITTSBURGH DIVISION

George W. Crute III,

Defendant-Petitioner

v.

United States of America,

Plaintiff-Respondent

Criminal No. 05-100

Judge: Gary L. Lancaster

AND NOW, THIS 2nd DAY OF May, 2010 IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

*/s/ Gary L. Lancaster*
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

## MOTION FOR BAIL PENDING 28 U.S.C. § 2255

Now comes the Petitioner, George W. Crute III, pro se, and files this motion for Bail Pending 28 U.S.C § 225 pursuant to 18 U.S.C. § 3143 (b).

### LESS STRINGENT STANDARDS

The Petitioner is a pro se litigant and is entitled to have motion and asserted claims construed liberally, because pro se litigants are held to less stringent standards than attorneys drafting such motions. *U.S. V. Green*, 260 F.3d 78, 83 (2nd cir. 2001). See also *Haines V. Kerner*, 404 U.S. 519, 521 (1972) ("We hold less stringent standards than formal pleadings drafted by lawyers").

### FACTUAL BACKGROUND

1. On March 25, 2005, a complaint was filed against Petitioner charging him with 1 count of possession with intent to distribute less than 5 grams of crack cocaine

1