IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-100 |
| | ) | |
| GEORGE CRUTE | ) | |

**ORDER OF COURT**

Upon consideration of the foregoing Request for issuance of Subpoenas Duces Tecum Pursuant to Rule 17(b) and 17(c) of the Federal Rules of Criminal Procedure, it is hereby ORDERED that the requested subpoena shall be issued and served by an authorized representative of the Federal Public Defender, directing the persons listed in the schedule to appear before the Honorable Gary L. Lancaster, Chief Judge of the United States District Court for the Western District of Pennsylvania, United Stated Courthouse, Seventh and Grant Street, Courtroom 3A, Third Floor Pittsburgh, Pennsylvania 15219, on March 18, 2011, at 9:30 a.m. to testify at the hearing on Mr. Crute's Petition for Relief Pursuant to 28 U.S.C. § 2255.

## SUBPOENA SCHEDULE

Michael Comber
Assistant United States Attorney
United States Attorney's Office
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania 15219

    Michael Comber will provide any and all materials relating to plea offers and plea discussions in this matter that are in the possession of the United States Attorney's Office.


    COSTS TO BE BORNE BY THE GOVERNMENT.

Date: 3/18/11

Gary L. Lancaster
Chief United States District Judge