IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GEORGE WASHINGTON CRUTE,             )
        Petitioner,                  )
                                     )
    v.                               )
                                     )    Criminal No. 05-100
                                     )    (Civil Action No. 09-498)
UNITED STATES OF AMERICA,            )
        Respondent.                  )

ORDER

AND NOW, this 3ᴛ day of May, 2011, for the reasons stated in the Memorandum and Order denying petitioner's motion to vacate, set aside, or correct sentence [document #124], IT IS HEREBY ORDERED THAT a certificate of appealability is DENIED.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc:  All Parties of Record