IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,          )
                                   )
    v.                             ) Criminal No. 05-100
                                   )
GEORGE WASHINGTON CRUTE, III,      )
        Defendant.                 )

ORDER

Gary L. Lancaster,
Chief Judge.                                    February 2, 2012

Before the court is defendant, George Washington Crute, III's Motion for Relief under 18 U.S.C. § 3582(c)(2). [Doc. No. 135]. Defendant requests resentencing pursuant to the Fair Sentencing Act of 2010, 111 P.L. 220, 124 Stat. 2372 (2010) (the "Act"). Because defendant was sentenced prior to August 3, 2010, the effective date of the Act, it does not apply retroactively to his sentence. Therefore, defendant's motion is DENIED.

BY THE COURT,

_____
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: George Washington Crute, III
    All Counsel of Record